No. 3032. Martínez, Apelante, *v.* Hidalgo et al., Apelados.—Corte de Distrito de Humacao. Resuelto en abril 30, 1923. Considerada la moción de desestimación presentada por los apelados y la oposición de la apelante, se resuelve desestimar la apelación.

No. 2917. Rivera, Apelada, *v.* Jiménez, Apelante.— Corte de Distrito de San Juan, Distrito Primero. Resuelto en abril 30, 1923. Vista la moción de desistimiento del apelante con la que se dió cuenta en el acto de la vista de la moción de desestimación y la conformidad del apelado, se resuelve tenerle por desistido de la apelación.

No. 2712. Busó et al., Apelante, *v.* Busó, Apelado.— Corte de Distrito de Humacao. Reivindicación. Resuelto en mayo 3, 1923. Habiéndose notificado a las partes la resolución señalando día para oirlas en cuanto a la procedencia o desestimación de la apelación por falta de alegato, el apelante solicitó y le fué concedido en abril 23 último un término de tres días para presentar una estipulación de ambas partes sobre la materia y no habiendo comparecido, se desestima la apelación por causa de abandono.